# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Cabraz P. Reddice and Dawn D. Dobson

)    **Bankruptcy No.** 10 B 17994
)
**Debtor(s)**    )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above -captioned case for another status hearing on   October 25, 2012 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz is           ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:  September 11, 2012

In re: Cabraz P. Reddice and Dawn D. Dobson
Bankruptcy No. 10 B 17994

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

**represented by Carl B Boyd**
Starks & Boyd P C
11528 South Halsted Street
Chicago, IL 60628

*Trustee*
**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

U.S. Trustee
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Cabraz P. Reddice and Dawn D. Dobson**
18337 Locust Street
Lansing, IL 60438